VICTOR SHERMAN, ESQ. (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Telephone: (424) 371-5930
Facsimile:  (310) 392-9029
Email:        victor@victorsherman.law

Attorney for Defendant
NICK SHKOLNIK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE  NO.:  2:22-cr-00046-WBS-2 |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| NICK SHKOLNIK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Court has reviewed the parties' Stipulation to Modify Bond, filed August 16, 2022, and good cause having been shown,

IT IS HEREBY ORDERED:

1.   The Clerk of the Court and/or Pretrial Services from the Eastern District of California is to release NICK SHKOLNIK's passport to him on August 18, 2022.

2.   SHKOLNIK be permitted to travel to join his wife and child in Israel between August 20, 2022 and September 8, 2022 for a period of twenty days.

3.   SHKOLNIK will depart the U.S. from LAX on Saturday, August 20th, 2022 via El Al Israel Airlines.

4.   SHKOLNIK will stay with his in-laws in Bat Yam, Israel. Defendant will provide the names and contact information for the family

1   members he is staying with in Israel to Pretrial Services.

2   4.   SHKOLNIK's return flight to the U.S. will depart on September 8,

3   2022 from Ben Gurion Airport (TLV) via El Al Israel Airlines.

4   5.   SHKOLNIK will return the passport to Ms. Alicia Mirgain on

5   September 9, 2022.

6   All other requirements of the defendant's bond shall remain in force and

7   effect.

8

9   **IT IS SO ORDERED.**

10

11   Dated:  August 17, 2022

12   _____
    DEBORAH BARNES

13   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28