VICTOR SHERMAN, ESQ. (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Telephone: (424) 371-5930
Facsimile:  (310) 392-9029
Email:      victor@victorsherman.law

Attorney for Defendant
NICK SHKOLNIK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:22-cr-00046-WBS-2 |
| Plaintiff, | **ORDER** |
| vs. | |
| NICK SHKOLNIK, | |
| Defendant. | |

The Court has reviewed the parties' Stipulation to Modify Bond, filed September 6, 2022, and good cause having been shown,

IT IS HEREBY ORDERED:

1. SHKOLNIK be permitted to extend his trip to Israel through September 28, 2022. The purpose of this extension is for SHKOLNIK to share Rosh Hashana with his family, which takes place between September 25-27.

2. SHKOLNIK's return flight to the U.S. will depart on September 28, 2022 from Ben Gurion Airport (TLV) via El Al Israel Airlines

3. SHKOLNIK will return the passport to Ms. Alicia Mirgain on September 29, 2022.

//

//

4. SHKOLNIK understands that this is the final extension he will be given, and he will not ask for any further modifications to the travel plan.

All other requirements of the defendant's bond shall remain in force and effect.

**IT IS SO ORDERED.**

Dated:  September 6, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE