VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (310) 399-3259
Facsimile  (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
NICK SHKOLNIK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>NICK SHKOLNIK<br><br>               Defendant. | Case No.: 2:22-cr-00046-WBS-2<br><br>**DEFENDANT'S WAIVER OF APPEARANCE** |

    Defendant, Nick Shkolnik, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence.  Defendant hereby requests the Court to proceed during his every absence that the Court may permit pursuant to this waiver; and agrees that his interests will be deemed represented at all times by the presence of his attorney,

1

**DEFENDANT'S WAIVER OF APPEARANCE**

the same as if the defendant were personally present; and further agrees to be present in person in court ready for trial on any date that the Court may fix in his absence.

DATED: January 20, 2023          /s/ Nick Shkolnik_____
                                 NICK SHKOLNIK
                                 Defendant


DATED: January 20, 2023     By:  /s/ Victor Sherman_____
                                 VICTOR SHERMAN
                                 Attorney for Defendant


**Order**

IT IS SO ORDERED.

Dated: January 24, 2023

_William B. Shubb_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**DEFENDANT'S WAIVER OF APPEARANCE**