UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>NICK SHKOLNIK<br>    Defendant. | Case No. 22-CR-00046-WBS-2<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN THEREFORE;

IT IS HEREBY ORDERED that defendant's conditions of released be modified so that defendant can travel from Los Angeles, California to Israel from September 30, 2024 to November 1, 2024.

IT IS FURTHER ORDERED that Pretrial Services return defendant's Passport on or before September 27, 2024.  Defendant will then return the passport within two business days of his return.

All other requirements of defendant's conditions of release shall remain in force and effect.

Dated:  September 6, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1