VICTOR SHERMAN (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone: (310) 399-3259
Facsimile:  (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
NICK SHKOLNIK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICK SHKOLNIK,<br><br>    Defendant. | Case No. 22-CR-00046-02 WBS<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**Current Hearing Date:**<br>February 18, 2025 at 10:00 a.m.<br><br>**Proposed Hearing Date:**<br>February 24, 2025 at 10:00 a.m. |

Defendant, Nick Shkolnik, by and through his counsel of record, Victor Sherman, and Plaintiff United States of America, by and through its counsel of record, Roger Yang, hereby stipulate that the sentencing currently scheduled February 18, 2025 be continued to February 24, 2025 at 10:00 a.m.

On September 9, 2024, the Court set the Sentencing hearing to February 18, 2025.  However due to a conflict with another case, defense counsel is unavailable on that date.  Therefore a continuance is necessary to allow defense counsel time to travel to the Eastern District of California for the Sentencing hearing.

///

///

///

1

Furthermore, the Presentence Investigation Report Schedule is revised as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **February 24, 2025. 10:00 a.m.** |
| Reply or Statement: | February 17, 2025 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 10, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Disclosed |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no Later than: | Done |
| The draft Presentence Report shall be disclosed to counsel no later than: | Done |

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for February 18, 2025, be continued to February 24, 2025 at 10:00 a.m.

**IT IS SO STIPULATED**

Dated: January 24, 2025         By:         Respectfully submitted,

/s/ Victor Sherman
VICTOR SHERMAN
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: January 24, 2025         /s/ Roger Yang
ROGER YANG
Assistant United States Attorney

ORDER

This request to continue the date for Judgment and Sentence is DENIED without prejudice. If counsel wishes to renew the request, he shall provide an explanation for why the request could not have been made earlier and why it is this case rather than his other case that must be continued. At the time this matter was set for hearing, counsel made no mention of any conflict. Any renewed request for continuance shall set forth the nature of counsel's conflicting matter, when that matter was set, and the efforts counsel has made to continue that matter or avoid having set on a date that conflicts with the hearing in this case.

Dated: January 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE