**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-00046-WBS-2 |
| Plaintiff, | |
| v. | **ORDER** |
| NICK SHKOLNIK | |
| Defendant. | |

At the request of defendant's attorney, in order to accommodate the calendars of the Superior Court Judges in Compton and Downey, California;

IT IS HEREBY ORDERED that defendant's Sentencing Hearing currently scheduled for February 18, 2025 be continued to **February 24, 2025 at 10:00 a.m.**

Dated:  January 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1