UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICK SHKOLNIK,<br><br>Defendant. | Case No. 22-CR-00046-02 WBS<br><br>**ORDER TO EXONERATE BOND** |

On February 24, 2025, the defendant, Nick Shkolnik, was sentenced. Pursuant to Rule 46(g) of the Federal Rules of Criminal Mr. Shkolnik hereby moves the Court for an order exonerating the surety who posted the $50,000 cash bond. Victor Sherman a Professional Law Corp. posted bond on behalf of Mr. Shkolnik on March 30, 2022, receipt #CAE200120085.

**ORDER**

IT IS HEREBY ORDERED the Clerk of the Court shall exonerate the $50,000 cash bond plus accrued interest (receipt #CAE200120085) posted by Victor Sherman A Professional Law Corp. be made payable and mailed to Victor Sherman a Professional Law Corp at 11400 W Olympic Blvd., Suite 1500, Los Angeles, CA 90064.

IT IS SO ORDERED.

Dated: February 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1