UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GAL YIFRACH; NICK SHKOLNIK, aka Nickita Shkolnik; SHALOM IFRAH; and SCHNEUR ZALMAN GETZEL ROSENFELD;<br><br>        Defendants. | No. 2:22-cr-46 WBS<br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JENNY A. KAUFMAN,<br><br>        Defendant. | No. 2:24-cr-329 DJC |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because

1

1  all defendants are charged in connection with the operation of
2  the same illegal gambling business.  Accordingly, the assignment
3  of the matters to the same judge is likely to effect a
4  substantial saving of judicial effort and is also likely to be
5  convenient for the parties.
6         The parties should be aware that relating the cases
7  under Local Rule 123 merely has the result that both actions are
8  assigned to the same judge; no consolidation of the actions is
9  effected.  Under the regular practice of this court, related
10 cases are generally assigned to the judge and magistrate judge to
11 whom the first filed action was assigned.
12        IT IS THEREFORE ORDERED that the actions denominated
13 United States v. Yifrach, 2:22-cr-46 WBS and United States v.
14 Kaufman, 2:24-cr-329 DJC be, and the same hereby are, deemed
15 related.  The case denominated United States v. Kaufman, 2:24-cr-
16 329 DJC, shall be reassigned to the Honorable WILLIAM B. SHUBB.
17 Any dates currently set in the reassigned case only are hereby
18 VACATED.  Henceforth, the captions on documents filed in the
19 reassigned case shall be shown as United States v. Kaufman, 2:24-
20 cr-329 WBS.
21        IT IS FURTHER ORDERED that the Clerk of the Court make
22 an appropriate adjustment in the assignment of cases to
23 compensate for this reassignment.
24 Dated:  March 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE